# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 1, 2011

## Before

FRANK H. EASTERBROOK, *Chief Judge*

RICHARD D. CUDAHY, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| **No**.  10-2393<br><br>JOHN W. COMRIE,<br>    *Plaintiff-Appellant*,<br><br>**v.**<br><br>IPSCO, INCORPORATED, *et al*.,<br>    *Defendants-Appellees*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 08 C 3060<br>John W. Darrah, *Judge*. |

## Order

The slip opinion of this court issued on February 18, 2011, is amended as follows:

    Page 2, first full paragraph, line 3, change "John Comrie, IPSCO's Chief Legal Officer," to  "John Comrie, IPSCO's Director of Trade Policy and Communications,";

    Page 2, first full paragraph, line 5, change, "Melanie Klebuc-Simes" to "Michele Klebuc-Simes"; and

    Page 9, first full paragraph, line 5, change "A corporation's principal lawyer" to "As a lawyer, Comrie".